# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

DaHon Donald Beyer *Doc#* 1232356 )
(full name)         (Register No). )
_____ )
_____ )
                         )    Case No._____
        Plaintiff(s).        )
                         )
v.                      )
                       )
                       )
▓▓ ▓ Pulaski County Jail )  Defendants are sued in their (check one):
(Full name)               )      X̲ Individual Capacity
officer Stapleton        )      X̲ Official Capacity
At ——→ Pulaski County. ) X ▓Both
         Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.      Place of present confinement of plaintiff(s): _South East Correctional Center_

_____

II.     Parties to this civil action:

Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff _DaHon Donald Beyer_ Register No. _1232356_
Address _SECC 300. E pedro simmon's_
_Charlestow mo, 63834_

B. Defendant _officer stapleton_
_At Pulaski County._
Is employed as ▓▓ ▓ ▓ ▓▓ ▓ ▓ _Correctional officer_
_____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III.   Do your claims involve medical treatment?    Yes _____    No _X_

IV.   Do you request a jury trial?    Yes _✓_    No _____

V.   Do you request money damages?    Yes _✓_    No _____

State the amount claimed?    $_300,000_ / _300,000_ (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes _____   No _X_

VII.   Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes _✓_    No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes _____    No _✓_

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____August 15, 2011, Co 1 Stapleton opend my Cell And_____
_grab me Bye my neck hit me in the face repeatedly pushed me_
_out of my Cell And had other inmate Cuff me up. my results denied._

D. If you have not filed a grievance, state the reasons.
_____the pulaski County Jail told me that i am in_____
_a Chair So i Can not write a grivance._

*was not Able to file grievand this is my grievance*

VIII.   Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes _____    No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes _____    No _X_

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
            (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
  (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
  (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.    Statement of claim:

A.     State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

around the ~~mouth~~ August 15, 2011 at Pulaskie County Jail Co'l Stapleton was walking around And stop at my cell door i had something And i refused to give it to her she opened my cell grab me Bye the throat. And hit me in the face repeatedly she then threw me out in the hall And had inmate hold me down And cuff me up.

_____
                    SEE Attached
_____
_____
_____
_____

B.     State briefly your legal theory or cite appropriate authority:

8th Amendment — failure to protect And cruel And unusual punishment

14th Amendment — due process

_____
_____
_____
_____

3

X.    Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

_Prosecute Col Stapleton , lawsuit to be granted in my favor_
_money damages awarded, AND THAT PULASKI COUNTY JAIL_
_BE SUED and COT STAPLETON BE CHARGED FOR ASSULT_ ▪▪▪

XI.    Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name._____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?                Yes_____ No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
                                            Yes _____     No _X_

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___16___ day of _October_ 20_12_.

_Doc#1232356_

_____
Signature(s) of Plaintiff(s)

_____

_____

4

<u>ATTached Statement</u>

Comes now Dalton Beyer #1232356 bringing his Complaint against Pulask County Jail House & defendent Officer ms. Stapleton * for failure to protect Cruel unusual Punishment And Due Process Rights.

Plaintiff was a resident at the pulaski Couty Jail with in the mouths of July to november of 2011. And the following Event's occored that was totally barbari And Cruel Against plaintiff Dalton Beyer...

Around the mouth of August, 2011 At Pulaski County Plaintiff was Sitting inside his Cell playing with Some string And trying to stay away From being Sociable with in the Jail house inmate. Plantiff is a known Homeosexual So he trys to remain away from other's So he will not be a target or - Probem to other's Deffendent Co Stapleton "was walking pass plaintiff Beyer's Cell And asked what he was doing And what ever he has to give it up Planififf Beyer's told deffendent Stapleton that he is not doing anything wrong And to leve him alone. Deffendent Stapleton then unlock plantiff Beyer's Cell door. And walked in And grab plaintiff Beyer's bye the throat And with her other hand repeatedly hit Beyer's in the face with Deffendent Cell door key's. while deffendent was hitting plaintiff Beyer's deffendent Stapleton made verbel Comments

Case 6:12-cv-03519-BCW Document 1 Filed 11/23/12 Page 5 of 9 about Plaintiff Beyer's deffendent Said i'm getting tierd of

your Stupid gay ass deffendent then throw mr Beyers
out of his cell And had other inmates cuff mr Beyer's
All so other thing happined at pulaski county Jail
        Plaintiff Beyers was miss treated. was raped
while on Suicide watch Co Gray was working gravy
yeard shift he let a inmate in to mr. Beyer's cell "Note
the cell mr. Beyer's was in had No camra And co
do not do 15 min check's,. All so note that this Rap
was told nothing was done about it.
        Plaintiff Beyer told Col gray about what happined
gray the told morning shift Col Stapleton then Came
to mr Beyer's cell And told him to get used to
the rap's Becaus were he is going it's going to happ
And you like man anyway's so what's wrong it to
Big. Stapleton all so said that prison rate for Hiv
Aids are hi And she hope's that mr Beyer's get
Aid - Hiv, then everyone will call mr Beyer's Hiv-Ai
Bitch. mr. Beyer was going crazy in pulaski couty
he did not have away to tell tell. mr. Beyer's tryed
once But Stapleton told mr Beyer's that if he tryes to
tell she's going to make sher that mr. Beyer's get's
Beat up or killed. mr. Beyer's still going crazy. that
when Stapleton came And said keep it up Because i
got something for you. mr. Beyers ask what it is.
Stapleton Just said you will see. still going crazy staple
ton. wheel a restraint chair And told mr. Beyers to get
in it mr. Beyers said No Stapleton said you have No-

Case 6:12-cv-03519-BCW   Document 1   Filed 11/23/12   Page 6 of 9

Chocie in this matter. get in or i will put your
ass in it. mr. Beyer said No! Stapleton then pulled
a hand held tazer from her bealt. And put it to mr.
Beyers said. And said get in it or i will light you
up.. After in the restaint chair mr. Beyer was locked
in the cell with the lights out for more then 2 hour's
next shift come on And seen mr Beyer's was told to
let him out But if he keep it up put him Back in. Staple
ton said No! he's being good so leve him in intell i
get Back in the moring. mr. Beyer's slip out of the
chair that was holding mr. Beyer's down. So Stapleton
put him Back in And cuff him in it And straped hin
in to about 3 day later Stapleton let mr. Beyes out
But left the chair in the cell with. Beyer's. mr Beyer
then took the hand And leg's cuff's And cut threw
all the strap's in the chair. Stapleton came Back to
give mr. Beyer his food And see it. then threw
the food on mr Beyer's. And said ok see what i get
for being nice. So Stapleton then called Emt And
got a Back Board And had mr. Beyer's cuff And strapet
to it. After that was Not working She then had
mr. Beyers 4 point restrainted on the floor But with
No clouse on But ass nude cuff with hand cuff
And leg cuff to the Bed legs After that the court
put mr. Beyer's date's Back to Back to get him
out. Note All the happed the hole time mr. Beyer's
was at the Pulaski county.

Case 6:12-cv-03519-BCW Document 1 Filed 11/23/12 Page 7 of 9

## "Note"

These Serious physical injuries of Being Beat raped And denied Due process violated my life. And the Adminstration At pulaski County Jail failed to protect me from the Cruel unusual punishment done by deffendant mS. Stapleton And pulaski County Jail failur to protect me from rape Assult And other needs.

Dault Beyer #122356

10-16-12

Case 6:12-cv-03519-BCW   Document 1   Filed 11/23/12   Page 8 of 9

RECEIVED
NOV 19 2012
SE-- MAILROOM

RECEIVED

2012 NOV 23  AM 11: 23

CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Datton Beyer #1232356
South East Correctional Center
300. E Pedro Simmons
Charleston mo. 63834.

Legal mail

U.S. District Court office of the Clerk
1510 Whittaker Courthouse
400 E. Ninth Street
Kansas City, mo. 64106.

Legal mail

Postmark Date 11/19/12

Legal mail